FILE COPY

No. 07-14-00368-CR

| | | |
|---|---|---|
| Alberto Ruiz<br>  Appellant | § | From the 69th District Court of<br>  Moore County |
| | § | |
| v. | | March 4, 2015 |
| | § | |
| The State of Texas | | Opinion by Justice Campbell |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 4, 2015, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o